FRANCES M. WATTS, as Administratrix of the Estate of STANLEY WATTS, Deceased, Appellant, v. MITCHELL BROS. REALTY CORPORATION, Respondent.—

(*Maher* v. *Madison Sq. Garden Corp.*, 242 N. Y. 506.) Carswell, Johnston, Adel and MacCrate,

JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny the motion for a directed verdict, on the ground that the proof adduced presented an issue of fact for determination by the jury.